IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **CONLEY NATIONAL, INC. AND** | ) | |
| **ROBERT J. CONLEY,** | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 1:03-CV-194 |
| | ) | Consolidated with 1:04-CV-428 |
| v. | ) | |
| | ) | **Chief Magistrate Judge** |
| | ) | **Michael R. Merz** |
| **STEPHEN DESSNER, AND FIRST** | ) | |
| **CHESAPEAKE CAPITAL** | ) | |
| **CORPORATION OF OHIO, INC.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed their Agreed Motion to Dismiss with Prejudice. On motion duly made, and for good cause shown, IT IS HEREBY

ORDERED that this case and all claims and counterclaims are dismissed, with prejudice, each party to bear its own attorney's fees and costs.

September 2, 2005.

                                                                                             s/ **Michael R. Merz**
                                                                               Chief United States Magistrate Judge

APPROVED AS TO FORM AND CONTENT:

**/s/ Ann K. Schooley**
Ann K. Schooley, Esq. (00720579)
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202-3157
E-mail: aschooley@graydon.com
Phone:  (513) 629-2750
Fax:  (513) 651-3836
and

**/s/ David R. Nachman**
David R. Nachman, Esq.
BROWN & NACHMAN, L.L.C.
Crown Center Square
2405 Grand, Suite 300
Kansas City, MO  64108-2527
Phone:  (816) 474-4114
Fax:  (816) 421-3008
E-mail: david@brownnachman.com
*Attorneys for Plaintiffs*


**/s/ William R. Jacobs**
William R. Jacobs, Esq.
STRAUSS & TROY
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH  45202-4108
Phone:  (513) 621-2120
Fax:  (816) 513-2418259
E-mail: wrjacobs@strausstroy.com
*Attorneys for Defendants*